# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SANDOVAL,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY (WARDEN),<br><br>Respondent. | Case No. CV 15-01834-VBF-JC<br><br>**ORDER**<br><br>OVERRULING PETITIONER'S OBJECTIONS, ADOPTING THE R&R, DENYING THE HABEAS PETITION, AND TERMINATING THE CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein, including the Report and Recommendation of United States Magistrate Judge and the petitioner's objections thereto.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which petitioner has specifically objected.  Finding no defect of law, fact, or logic in the Magistrate Judge's analysis:

Petitioner's objections are OVERRULED.

The Report and Recommendation is ADOPTED.

The petition for a writ of habeas corpus is DENIED.

The Court will enter final judgment by separate document.

The Court will rule on a certificate of appealability by separate Order.

The action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  November 30, 2020

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2