JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JONATHAN SANDOVAL,** | No. SA CV 15-01834-VBF-JC |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| W.L. MONTGOMERY (Warden), | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Jonathan Sandoval.**

IT IS SO ADJUDGED.

Dated: November 30, 2020

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge